**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINIC SON, | Case No.: 3:25-cv-00148-MMD-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF Nos. 6, 9, 10, 20, 23, 29, 32, 34, 35 |
| OAKMONT PROPERTIES-AZURE, LLC, FPI MANAGEMENT, and HOUSING AUTHORITY OF THE CITY OF RENO, | |
| Defendants | |

Before the court are several motions filed by Plaintiff seeking three things: (1) permission to register as an e-filer (ECF Nos. 6, 20); (2) an extension of time within which to effectuate service of process (ECF Nos. 9, 10, 23, 29); and (3) leave to amend the complaint (ECF Nos. 32, 34, 35).

Plaintiff's motions for authorization to file electronically (ECF Nos. 6, 20) are **GRANTED**. To file documents electronically, Plaintiff must register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

Plaintiff's motions for an extension of time to effectuate service of process (ECF Nos. 9, 10, 23, 29) are **GRANTED IN PART**. Plaintiff will have 90 days from the date of any order allowing his complaint to proceed to complete service of process.

Finally, good cause appearing, Plaintiff's motions to amend or correct the complaint, including adding a defendant, (ECF No. 32, 34, 35) are **GRANTED**. Within fifteen days of the date of this order, Plaintiff shall file a <u>single</u> consolidated complaint, entitled Seventh Amended Complaint, containing the allegations of his corrected Sixth Amended Complaint (ECF No. 34-1) and the allegations and additional party reflected in the supplement (ECF No. 35). Should Plaintiff fail to do so, the court will screen the corrected Sixth Amended Complaint (ECF No. 34-1) without consideration of the supplemental allegations.

**IT IS SO ORDERED**.

Dated: October 3, 2025

_____
Craig S. Denney
United States Magistrate Judge